MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ACADIA L. SENESE (CABN 251287)
Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
   Telephone: (415) 436-6809
   Fax: (415) 436-7234
   Email: Acadia.Senese@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 12-0424 NC |
|     Plaintiff, | |
| v. | MOTION AND [PROPOSED] ORDER TO DISMISS INFORMATION |
| DARREN M. MCCAULEY, | |
|     Defendant. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Northern District of California hereby dismisses the captioned Information against the defendant Darren M. McCauley without prejudice.

DATED: August 27, 2012                        Respectfully submitted,

                                                             MELINDA HAAG
                                                              United States Attorney

                                                                             /s/
                                                          _____
                                                          ACADIA L. SENESE
                                                          Special Assistant United States Attorney

Leave of court is granted to file the foregoing dismissal without prejudice.

DATED: August 28, 2012



MOTION AND [PROPOSED] ORDER TO DISMISS INFORMATION
Case No. CR 12-0424 NC